# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-428
Lower Tribunal No. 13-6505 SP
_____

**United Automobile Insurance Company, etc.,**
Appellant,

vs.

**Millennium Radiology, LLC,
d/b/a Millennium Open MRI,
a/a/o Randy F. Saldana,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); and Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale), for appellee.

Before SCALES, HENDON, and MILLER, JJ.

PER CURIAM.

We reverse and remand consistent with our recent decision in United Automobile Insurance Co. v. Millennium Radiology, LLC, 47 Fla. L. Weekly D175 (Fla. 3d DCA Jan. 12, 2022) ("Millennium's 'identity' is not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case. The identity element of collateral estoppel, therefore, is not satisfied.").

Reversed and remanded.